# IN THE SUPREME COURT OF THE STATE OF NEVADA

MIGUEL REYES-AMBRICIO,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 76624

**FILED**

AUG 1 7 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

This court's review of this appeal reveals a jurisdictional defect. The district court entered the judgment of conviction on April 16, 2018. Appellant did not file the notice of appeal, however, until July 30, 2018, well after the expiration of the thirty-day jurisdictional appeal period prescribed by NRAP 4(b). This court lacks jurisdiction to entertain an untimely appeal. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
        Pickering

_____ J.
Gibbons

_____, J.
        Hardesty

18-31991

cc: Hon. Jennifer P. Togliatti, District Judge
Miguel Reyes-Ambricio
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

